# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

July 12, 2023

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by **August 21, 2023**, the case will be dismissed.  The initial pretrial conference scheduled for July 19, 2023, is adjourned to **September 20, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **September 13, 2023, at 12:00 P.M.**
>
> Dated: July 13, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **Adrienne Kearney v. American Sign Language Inc.**
      **Case No. 1:23-cv-04278-LGS**

Dear Judge Schofield:

The undersigned is counsel to Plaintiff Adrienne Kearney ("Plaintiff") in the above-referenced matter. Pursuant to this Court's July 6, 2023, we respectfully submit this letter to update the Court as to the status of service of the Summons with Notice on Defendant American Sign Language Inc. ("Defendant") and request that the July 19, 2023, initial pre-trial conference be adjourned to a time and date convenient to this Court.

Plaintiff attempted to serve the Defendant at their New York address on June 23, 2023. However, the process server was informed by the security guard at the New York office building that Defendants shared an office space and were only in the office once a year. At that time service could not be completed. Attached as **Exhibit A** is the email update of the June 23, 2023, service attempt. Plaintiff continued to attempt to serve the Defendant and was able to locate a Florida address. On July 10, 2023, Plaintiff attempted to serve Defendant at the Florida address but was unable to do so because the process server was informed that the Defendant was working remotely. Attached as **Exhibit B** is the email update of the July 10, 2023, service attempt. Although service of the Summons and Complaint could not be completed at the Florida address on July 10, 2023, the process server was able to communicate with an employee of Defendant who informed the process server that they will be in the office on Monday, July 17, 2023. Therefore, the process server has been instructed to again attempt to serve the Defendant at the Florida address on Monday, July 17, 2023. Attached as **Exhibit C** is the email correspondence between Plaintiff's counsel's office and the process server.

To assist this Court with the adjournment of the initial pre-trial conference, Plaintiff's counsel would like to respectfully inform the Court that she will be out of the country from August 24, 2023, to September 11, 2023.

We thank the Court for its time and attention to this matter and consideration of this request.

Kearney v. American Sign Language Inc.
Page 2 of 2
July 12, 2023

        Respectfully submitted,

        GODDARD LAW PLLC

        */s/ Megan S. Goddard*
        By: Megan S. Goddard, Esq.