# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

August 24, 2023

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**. Plaintiff shall file her response to Defendant's cross-claims by **September 27, 2023**.
>
> Dated: August 25, 2023
> New York, New York
>
> */s/ Lorna G. Schofield*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **Adrienne Kearney v. American Sign Language Inc.**
      **Case No. 1:23-cv-04278-LGS**

Dear Judge Schofield:

    The undersigned is counsel to Plaintiff Adrienne Kearney ("Plaintiff") in the above-referenced matter. Plaintiff respectfully submits this letter with Defendant's consent to request a 30-day extension of Plaintiff's deadline to file her response to Defendant's cross-claims from August 28, 3023 to and including September 27, 2023. This extension is needed due to Ms. Goddard and her toddler falling ill with Covid and Ms. Goddard being out of the office.

    This is Plaintiff's first request for the extension of her deadline to file her response to Defendant's cross-claims.

    We thank the Court for its time and attention to this matter and consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*
By: Megan S. Goddard, Esq.

cc: All Counsel of Record [*Via ECF*]