UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADRIENNE KEARNEY, *on behalf of*
*herself and others similarly situated.*

                                          Plaintiff,                      **23 Civ. No. 4278 (LGS)**

                         -against-                       **PRE-SETTLEMENT<br>CONFERENCE ORDER**

AMERICAN SIGN LANGUAGE INC.,

                                          Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, July 17, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 491 840 752#.**

        SO ORDERED.

DATED:    New York, New York
                July 1, 2024

                                                                                                                   */s/ Gary Stein*
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge