UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  ADRIENNE KEARNEY,

                            Plaintiff,

              -against-

  AMERICAN SIGN LANGUAGE INC.,

                          Defendant.
------------------------------------------------------------X

23 Civ. 4278 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the pre-motion conference scheduled for July 3, 2024, at 4:00 P.M., is adjourned to **July 10, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: July 3, 2024
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE