UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIENNE KEARNEY,

       Plaintiff,

  -against-

AMERICAN SIGN LANGUAGE INC.,

       Defendant.
------------------------------------------------------------X

23 Civ. 4278 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  It is hereby **ORDERED** that the pre-motion conference scheduled for July 10, 2024, at 4:00 P.M., is moved to **July 10, 2024, at 3:50 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: July 10, 2024
   New York, New York

                  LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE