```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ADRIENNE KEARNEY,                                            :
                              Plaintiff,                     :
                                                             :         23 Civ. 4278 (LGS)
                -against-                                    :
                                                             :              ORDER
AMERICAN SIGN LANGUAGE INC.,                                 :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on July 10, 2024. For the reasons discussed at the conference, it is hereby

**ORDERED** that by one week after the settlement conference before Judge Moses, the parties shall file a joint letter updating the Court on the status of settlement negotiations.

Dated: July 11, 2024
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE