**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ADRIENNE KEARNEY, on behalf of herself   Case No. 23-cv-04278
and others similarly situated,

       Plaintiffs,

  -against-

AMERICAN SIGN LANGUAGE INC.,

       Defendant.
-------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that by and through their attorneys the parties in the above-captioned proceeding, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate and agree the claims of Plaintiff Adrienne Kearney are dismissed with prejudice against Defendant American Sign Language Inc., with each party bearing its own costs and fees and this stipulation may be filed with the Clerk of the Court without further notice.

  It is further stipulated and agreed between the parties that this Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement filed at Docket No. 61-1.

Dated: September 3, 2024
  New York, New York

GODDARD LAW, PLLC     THOMPSON LLP

By: */s/ Megan Goddard*     By: */s/ Andrew Goldenberg*
 Megan Goddard, Esq.      Andrew Goldenberg, Esq., Of Counsel
 Clela Errington, Esq.       Benjamin S. Thompson, Esq.
 39 Broadway, Suite 1540     75 Broad Street, Suite 2120
 New York, NY 10006      New York, NY 10004
 (646) 964-1178       (212) 920-6050
 megan@goddardlawnyc.com    Email: agoldenberg@thomplegal.com
 clela@goddardlawnyc.com     *Attorneys for Defendant*
 *Attorneys for Plaintiff*

**SO ORDERED** _____