USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIENNE KEARNEY,

        Plaintiff,

-against-

AMERICAN SIGN LANGUAGE INC.,

        Defendant.

23-CV-4278 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    The Court has received and reviewed the parties' joint letter, filed August 28, 2024 (Dkt. 61), attaching their fully-executed Settlement Agreement (Sett. Ag.) (Dkt. 61-1). Having carefully reviewed the financial and non-financial terms of the Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED and this action is DISMISSED WITH PREJUDICE.

    At the parties' request, *see* Sett. Ag. ¶ 9, the Court will retain jurisdiction for the limited purpose of enforcing the Settlement Agreement. The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       October 8, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**